IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 10-441 |
| | : | |
| KAREEM GREENWOOD | : | |

## **ORDER**

AND NOW, this 1st day of February, 2011, it is ORDERED Defendant Kareem Greenwood's Motion to Suppress Physical Evidence (Document 17) is DENIED.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez, J.